FRANK E. WALKER, as Secretary and Director of AMES FURNITURE CO., INC., Respondent, v. AMES FURNITURE CO., INC., Appellant, and LOUIS R. GANS, Defendant. (Appeal No. 4.) — Order denying motion to receive answer of defendant Ames Furniture Company by Saul Becker, attorney, and directing that the answer and all other papers filed by said Becker, or by any one other than Benjamin F. Fanger, be expunged from the record, affirmed, with ten dollars costs and disbursements. Although Mr. Fanger, attorney for the Ames Furniture Company, was not served with notice of appeal, the appeal has been decided as between the plaintiff and defendant Gans. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE CO., INC., Respondent, v. LOUIS R. GANS, Appellant, and AMES FURNITURE CO., INC., Defendant. (Appeal No. 3.) — Order denying motion of defendant Gans for a bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

FRANK E. WALKER, as Secretary and Director of the AMES FURNITURE CO., INC., Respondent, v. LOUIS R. GANS, Appellant, and AMES FURNITURE CO., INC., Defendant. (Appeal No. 5.) — Order granting motion for examination of defendant Gans before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE CO., INC., Respondent, v. LOUIS R. GANS and AMES FURNITURE CO., Inc., Appellants. (Appeal No. 1.) — The Ames Furniture Company is not a party to this appeal. The appeal cannot be heard properly without its presence. It should be brought in if that be possible. If it cannot be or is not brought in within twenty days the appeal will be dismissed on renewed motion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE CO., INC., Respondent, v. LOUIS R. GANS, Appellant, and AMES FURNITURE CO., INC., Defendant. ABRAM SEBRING, as Receiver, etc., Respondent. (Appeal No. 2.) — The Ames Furniture Company is not a party to this appeal. The appeal cannot be heard properly without its presence. It should be brought in if that be possible. If it cannot be or is not brought in within twenty days the appeal will be dismissed on renewed motion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

WILLIAM MAXCY, Respondent, v. JOSEPH WOLF, Appellant. LENA WOLF, Appellant, v. WILLIAM MAXCY, Respondent.— Application denied, with ten dollars costs.

ROCCO BRUGNO, Respondent, v. " JACOB " MEISELMAN, First Name " Jacob " Being Fictitious, Real First Name Unknown to Plaintiff, Doing Business under the Firm Name and Style of MOHEGAN FURNITURE CORP., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

DANIEL D. CRONIN, Respondent, and THE CONNECTICUT COMPANY, Plaintiff, v. JOHN ANDERSON, Appellant.— Motion for stay pending appeal granted. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

ESTHER ALDERMAN, Respondent, v. SAUL ROTHSCHILD, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.